**Order entered November 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00019-CV

## IN THE ESTATE OF WILLIAM L. MOORE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-0037-2**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 6, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/ ELIZABETH LANG-MIERS
PRESIDING JUSTICE